IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOES 1-12<br>　　　　*Plaintiffs,*<br>　v.<br>LIBERTY UNIVERSITY, INC. | Case No.: 2:21-cv-03964 |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　Kindly enter my appearance on behalf of Plaintiffs. I certify that I am admitted to practice this Court.

　　　　　　　　　　　　　　　　　Respectfully submitted:

Date: *January 21, 2022*　　　　By:　　/s/ Jack Larkin
　　　　　　　　　　　　　　　　　Jack Larkin
　　　　　　　　　　　　　　　　　Attorney ID 307270
　　　　　　　　　　　　　　　　　**Gawthrop Greenwood, PC**
　　　　　　　　　　　　　　　　　17 East Gay Street
　　　　　　　　　　　　　　　　　West Chester, PA 19381
　　　　　　　　　　　　　　　　　ph:　610.800.5569
　　　　　　　　　　　　　　　　　fax:　610.696.7111
　　　　　　　　　　　　　　　　　em:　jlarkin@gawthrop.com