IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOES 1-12 *Plaintiffs,* v. LIBERTY UNIVERSITY, INC. | Case No.: 2:21-cv-03964-JMA-ARL |

**NOTICE OF DISMISSAL**

TO THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

This case having settled, kindly mark the above-captioned matter dismissed with prejudice pursuant to to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted:

Date: May 11, 2022

By: Jack Larkin
Pa. Attorney ID 307270
*Admitted Pro Hac Vice*
**Gawthrop Greenwood, PC**
17 East Gay Street
West Chester, PA 19381
ph: 610.800.5569
fax: 610.696.7111
em: jlarkin@gawthrop.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOES 1-12 *Plaintiffs*, v. LIBERTY UNIVERSITY, INC. | Case No.: 2:21-cv-03964-JMA-ARL |

**CERTIFICATE OF SERVICE**

I, Jack Larkin, counsel for Plaintiffs Jane Doe 1-through-12, certify that I have this-day served a copy of the foregoing Notice on Liberty University, Inc., by filing a copy, electronically, through the ECF/PACER filing system, and by mailing a copy, postage pre-paid, to the below address, and by emailing a copy to candace.mclaren@saul.com.

Liberty University, Inc.,
c/o Candace McLaren Lanham, Esq.
**Saul Ewing Arnstein & Lehr LLP**
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C., 20006-3434

Date:  May 11, 2022

By:    Jack Larkin
       Pa. Attorney ID 307270
       *Admitted Pro Hac Vice*
**Gawthrop Greenwood, PC**
17 East Gay Street
West Chester, PA 19381
ph:    610.800.5569
fax:   610.696.7111
em:    jlarkin@gawthrop.com